UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL ROUSSEAU                                JURY TRIAL DEMANDED

v.                                              CASE NO.  3:11CV

BENJAMIN MORRIS
LIENFACTORS, LLC

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), the Connecticut Unfair Trade Practices Act, and Conn. Gen. Stat. §52-564

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff was the holder of a personal MBNA credit card.

5. First Select, Inc. entered default judgment against plaintiff in 2002 on the card in the sum of $1,857.26, in SCAW-233024.

6. Defendant Morris is an attorney for and the managing member of defendant Lienfactors. Defendants are in the business of purchasing defaulted consumer debt and collecting thereon using the mails and means of interstate commerce.

7. In 2011, Lienfactors applied for and received a Financial Institution Execution on the First Select judgment.

8. The execution was served on plaintiff's bank on September 2, 2011.

9. The execution recovered $127.35.

10. The marshal returned the execution to defendants as partially satisfied.

11. The Financial Institution Execution expired, by its own terms, and by operation of

law, not later than forty-five days from the initial receipt by the serving officer of such execution. Conn. Gen. Stat. 52-367b(b).

12. Defendants directed the marshal to serve the same execution again, despite not having applied to the court for a new execution.

13. The same execution was served on plaintiff's bank on or about November 1, 2011.

14. Defendants successfully executed on $2,127.35 on said date.

15. Despite express information of severe financial hardship being caused by the execution, defendants refused to release the funds frozen by the invalid execution.

16. The cumulative amounts taken or frozen were in excess of the amount due by reason of the judgment, marshal fees, and bank fees.

17. Defendants caused plaintiff to incur bank fees dues to the amount frozen in November, 2011, and to be otherwise embarrassed, inconvenienced, or distressed.

FIRST COUNT

18. In the collection efforts within one year prior to the date of this action, defendants violated the FDCPA, § 1692d, -e, or f(1).

SECOND COUNT

19. In the collection efforts within one year prior to the date of this action, defendant Lienfactors violated the CCPA and CUTPA by the actions described above.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA, $1,000 statutory damages against defendant Lienfactors under the CCPA, treble damages for conversion (Conn. Gen. Stat. §52-564)

and actual and punitive damages against defendant Lienfactors under CUTPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as law or equity may provide.

                                                        THE PLAINTIFF

                                                        BY__/s/ Joanne S. Faulkner__
                                                        JOANNE S. FAULKNER ct04137
                                                        123 AVON STREET
                                                        NEW HAVEN, CT 06511-2422
                                                        (203) 772-0395
                                                        faulknerlawoffice@snet.net