UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL ROUSSEAU

     v                                            3:11cv1794   (SRU)

BENJAMIN MORRIS, LIENFACTORS, LLC,
KIM A. MORRIS and TIMOTHY W. CROWLEY

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge as a result of the parties cross-motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and a hearing held on July 17, 2013, and on August 5, 2013, entered an Order granting defendants Lienfactors, LLC, Kim A. Morris, and Timothy W. Crowley's motion for summary judgment with respect to the CUTPA claim and the claim for injunctive relief and granting plaintiff Michael Rousseau's motion for summary judgment with respect to the claims under the FDCPA and CCPA.  On May 22, 2012, defendant Benjamin S. Morris was dismissed.   Plaintiff, Michael Rousseau, is awarded $500 for his FDCPA claim and $500 for his CCPA claim for a total award of $1,000 in statutory damages.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, Michael Rousseau, against the defendants, Lienfactors, LLC, Kim A. Morris, and Timothy W. Crowley, in the total amount of $1,000 and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of August 2013.

                                                                ROBIN D. TABORA, CLERK

                                                    By   /s/ Barbara Sbalbi
                                                         Deputy Clerk

Entered on Docket _____